UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80188-CIV-CANNON

**ANDREW BURKI**,

 Plaintiff,

v.

**CITY OF DELRAY BEACH**, et al.,

 Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendants' Motion for Attorneys' Fees in the amount of $24,382.00 [ECF No. 48], filed on October 25, 2022. On December 16, 2022, following referral [ECF No. 49], Magistrate Judge Reinhart issued a Report recommending that the Motion be denied [ECF No. 50]. The Report instructed the parties to file any objections by December 30, 2022 [ECF No. 50 p. 5]. No parties filed an objection and the time within which to do so has expired.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **ACCEPTED**.

2. Defendants' Motion for Attorneys' Fees [ECF No. 48] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of January 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record